No. 89–254. MARKER ET UX. *v.* RIESCHEL ET AL. C. A. 8th Cir. Certiorari denied.

No. 89–256. TRIPLETT *v.* TRIPLETT. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 89–257. RRI REALTY CORP. *v.* INCORPORATED VILLAGE OF SOUTHAMPTON, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 89–261. BERMAN *v.* STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 89–263. CALESNICK ET UX. *v.* REDEVELOPMENT AUTHORITY OF THE CITY OF PHILADELPHIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–268. BORDELON ET AL. *v.* MARSHALL. C. A. 5th Cir. Certiorari denied.

No. 89–271. BELISLE ET AL. *v.* ANZIVINO, TRUSTEE OF THE BANKRUPTCY ESTATE OF PLUNKETT, ET UX. C. A. 7th Cir. Certiorari denied.

No. 89–273. JACKSON *v.* COUNTY OF WAYNE, MICHIGAN, ET AL. Ct. App. Mich. Certiorari denied.

No. 89–281. KEEL *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 89–300. GEORGE *v.* CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 89–307. SUTHERLAND *v.* UNITED STATES POSTAL SERVICE ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–309. SEVEN STAR, INC., ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–310. MANIFOLD ET AL. *v.* BLUNT, SECRETARY OF STATE OF MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 89–313. WOODS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.